■ BERTHA ZWICKER, Respondent, v. EDWARD ZWICKER, Also Known as EMANUEL ZWICKER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ KAWARSUAN, INC., Appellant, v. INDEPENDENT UNION OF BUILDING SERVICE EMPLOYEES LOCAL No. 1, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ In the Matter of the Arbitration between TOWANDA SILK CORP., Appellant, and S. MAKRANSKY & SONS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ ERNESTINE ROBINSON, Appellant, v. KENNETH A. ROBINSON, Respondent.— Order unanimously affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ PATRICIA GANNON, Appellant, v. WILLIAM M. WHERRY, Individually and as Executor of MARGARET W. McMULLEN, Deceased, et al., Respondents.— Order unanimously affirmed, with $50 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ EDWARD RAGER, Appellant, v. ARTHUR R. HANSON, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Bastow and Botein, JJ.

■ HARRY R. GREENBERG et al., Respondents, v. KATE MARBREIT, as Executrix of ERWIN MARBREIT, Deceased, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSE RIVERA.— Motion for reargument denied. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ. [See 286 App. Div. 1005.]

■ ANNE C. SHAPIRO, Appellant, v. MARGERY J. GRAHAM, Respondent, et al., Defendants.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Cox, JJ. [See ante, p. 666.]

■ In the Matter of MEYER E. RUBENSTEIN, Appellant, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ. [See ante, p. 651.]

■ RUTH WOHLFARTH, on Behalf of JACQUELINE WOHLFARTH and Another, Infants, v. HANS WOHLFARTH.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ. [See ante, p. 658.]